1. Name: Irina Collier
2. Address: 3840 Ingraham St. #207 San Diego, Ca 92109
3. Telephone Phone: 650-695-9000
4. Email:
6. Janewelcome53@gmail.com

**FILED**
Jul 06 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ GloriaVocal   DEPUTY

## UNITED STATES DISTRICT COURT SAN Diego, Ca

Irina Collier and for all similarly situated

Plaintiff(s),

v. Donald Trump Et. Al
Governor of Ca. newsome
President of Stanford
Charles Collier
Morgan Chase Bank
Collier-Barbers IDEAS, inc and church
Mensa
Scientology church
mormon church

Defendant(s).

Case No.: **'23CV1248 AGS AHG**
(assigned at time of filing)

**COMPLAINT**
Ceditious conspiracy and contempt of court.

### I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
☑ Yes   ☐ No

b. If yes, please list the case numbers here:

### II. STATEMENT OF CLAIM (Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)

1

7.6.23
lc

This is an MDL case suppressed in Ca, Washington DC, and FL.

This is the case of the family tied to the January 6 insurrection, to child trafficking and attempted murders of child and mother. Crimes outlined in all related cases with hard evidence, but never recommended for investigation or evidentiary hearing.

As a result the plaintiff's family is now hostage to the Restrained under 18FL00889 opposition. The evidence elucidates breadth (international conspiracy in the next coup preparation) and scope (RICO, DV, child & adult trafficking, rapes, assaults, concomitant violent offences) of the merit in this case.

Co-conspirators of D. Trump are:
Governor of Ca.
Governor of FL.
Morgan Chase Bank
Collier-Garbers Church in Decatur, Ga.
Mensa inc. International
Church of Scientology
Mormon Church
President of Stanford Et.Al.

Charles Wade Collier

Case numbers to consolidate in this MDL case are:
37-23-644 CU-RREC-Ca.
18FL000889 - Ca.
23-FDV547C - Ca.
23-368 USDC - Ca.
23-385 USDC Ca.
23-170 USDC Ca. San Diego
01-2020-DR1656 FL. Gainesville

7.6.23 lc

21 - 502 WHA Ca. San Francisco
21 - 15369 - C9 Ca. San Francisco
22 - 15022 - C9 Ca. San Francisco
22 - 1442 - Fed. Circ. Washington DC
23 - 1185 - Fed Circ. Washington DC
23 - 1029 - USDC Ca. San Diego
23 - 2052 - Fed Circ. Washington DC
23 - 167 - US District Court Gainesville, FL

Bruce Collier
3840 Ingraham St.
#207
San Diego, Ca.
92109
# 650-695-9000

Sworn statement:

IFP was granted in the Federal Court of Appeals 23-1185, In Ca. Superior Court 2023, In Ca. US Courts 2020-2023.

LC 6.15.23

Electronic evidence of the assaults is in posession of the Ca. PD, Sheriffs of San Jose, San Francisco, San Diego and US Court in San Francisco.

Documents of medical harm from attempted murders via poisoning of child and mother, and via physical assaults is in posession of the UC Berkeley, Stanford and Sheriffs of Ca — at the orders of the Governors (FL. medical records and PD records are in posession of opposition as well).

7.6.23 lc  LC 6.15.23        3