# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irina Collier<br><br>**Plaintiff,**<br>V.<br><br>Donald Trump, et al<br><br>**Defendant.** | Case No. 23cv1248-AGS-AHG<br><br>**NOTICE OF RELATED CASE** |

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:   "Low-Numbered" Case No.:   23cv0170-DMS-DDL

Title:   Collier v. Collier et al

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.
The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

Dated:   7/7/23

**John Morrill**, Clerk of Court,
By:  s/ J. Simmons
J. Simmons, Deputy