# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Irina Collier

                **Plaintiff,**

      V.

Donald Trump, et al

                **Defendant.**

Case No.  23cv1248-AGS-AHG

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:  "Low-Numbered Case No.:  23cv0170-DMS-DDL
Title:  Collier v. Collier et al
Nature of Case:  470 Racketeer/Corrupt Organization

The above "low-numbered" case and the present case appear:

- ☐ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☐ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☐ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:**  23cv1248-DMS-DDL

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:  7/7/23

By:  s/ J. Simmons

J. Simmons, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  7/10/2023

Dana M. Sabraw
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Dana M. Sabraw and Magistrate Judge David D. Leshner for all further proceedings.

Dated:  07/07/2023

Andrew G. Schopler
United States District Judge