

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 13, 2023

Clerk of the Court
U.S. District Court for the Southern District of California
333 West Broadway
Suite 420
San Diego, California 92101

    RE: Notice of Appeal
    Case No: 23-1248

Dear Clerk,

    I am transmitting to your court correspondence received by the U.S. Court of Appeals for the Federal Circuit. We received the document on 9/11/2023.

                             Respectfully,

                             /s/ Jarrett B. Perlow
                             Jarrett B. Perlow
                             Clerk of Court

Enclosures: Original documents

Copy (w/o encl):

Irina Collier
23728122
451 Riverview Parkway Building C
Santa, CA 92071

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CAPITAL DISTRICT 208
13 SEP 2023 PM 4 L

$0.87 0
US POSTAGE
FIRST-CLASS
062S0009665999
FROM 20439
S99939.039

Clerk of the Court
U.S. District Court for the Southern District of California
333 West Broadway
Suite 420
San Diego, California 92101

92101-360620

RECEIVED
SEP 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

NOA

Case 23-1248
US District Ca.
San Diego

To: The Clerk Marksteiner, Federal Circuit Court of Appeals, Washington D.C.

From: I. Collier, Prose Petitioner, Case 23-1248 San Diego US District Court, Ca.

Irina Collier 23728122, Las Colinas Detention 451 Riverview Pkwy, Bldg C, Santee, Ca, 92071

collier@berkeley.edu
650-695-9000

Re: please send all filing forms for prose e-mail & paper SPS filings by detainee in new Appeal to the above address Notice of Appeal & a preliminary brief & unrepresented party's appearance statement

NOA: Please file & docket notice of Appeal in case 23-1248, Collier v. Trump Et. Al, related case 23-2052 of your court. Prelim. Brief: 23-1248 was dismissed without hearing by the chief Judge of the US District Court in San Diego, Ca. — Sabraw, Dana (see his opinion in Lexis 8.11.23). The judge failed to honorably recuse, indeed he bypassed random assignment in taking this case related to his wife's case in Ca. Superior Court # M287263 initiated against me. D.A. Summer Sabraw first ignored my 18FL000889 DVRO violations report, then created a TRO case against me; TRO by Chad White undercover Federal criminal defence attorney for my opposition impersonating administrator of my rented apartment. Chad filed a TRO in D.A. Sabraw's territory — her Ca. Superior court, court's services de-

Case in US Supreme Court April 23)

①

RECEIVED SEP 11 2023 United States Court of Appeals For the Federal Circuit

partment. In February '23 I came to D.A. Sabrow's victim services office for help in filing violation of DVRO protecting me & my son, instead of help I received a little sticky note from one of her prosecutors with the date 3.8.23 on it. Prosecutor handed it to me saying this is your court date, implying it was going to be a hearing about my protective order violation, & about Habeas Corpus Writ that I requested in the TRO (case 37-23-4665 Chad White vs. Iryna Collier case in Ca. Superior Court, D.A. Sabrow' domain). D.A. Sabrow allowed undercover Attorney on defense team in case 23-1185 I. Collier v. President of Stanford, FCA case related to the I. Collier vs. UCBerkeley Whistleblower Retaliation in Qui TAM case 22-15369 - 9th Circuit Under Seal - Chad White residing in his home in Different County, to claim that he lives in the same apartment complex where I and my son live, Chad White also deceptively claimed that his employment is in the same apartment, & that I am frightening him at his work therefore he needed TRO me from coming to administration building of my rented apartment. D.A. Sabrow allowed Chad White to impersonate administrator of our apartment & facilitated his perjury based arrest of me for drinking coffee in administration's building's coffee area for all residents. D.A. & her husband Dana Sabrow dismissed all my Habeas Corpus Proceedings Violation cases in Ca. Superior & in US D.C. San Diego without assigning Habeas Corpus Public Defender, resulting in my current unauthorized by any court detainment

(2)

cials that completely undermine the prosecution's case 37-23-4665, and case M287263 ii conclusive & points unerringly to my _____ innocence.

I am still in jail, my son is still kidnapped by Chad White, Public Defender Diana Sabrow & Chief Diana Sabrow's collective D.A. effort to block my current Habeas Appeal in your court # 23-2052 & to block all related cases.

2. Evidence that government officials testified falsely at the trial (original TRO trial 3.8.23 #37-23-4665 & trial M287263 yesterday) that resulted in conviction and that the testimony of government officials was substantively probative on the issue of guilt or punishment.

3. Evidence of misconduct by government officials committed in the underlying case that resulted in fabrication of evidence & was substantively _____ on issue of guilt or punishment, prosecution & conviction.

4. Irreparable damage would result that immediate judicial relief and in the interest of justice.

5. The vacatur of a denial Prima Facie facts of grave danger - irreparable damage # 4 above; my child is kidnapped by Chad White & above cases' co-conspirators, I am detained without court order or arrest warrant or bail or release date in fraudulently concealed case leading to whistleblower retaliation & attempted murders cover ups, cases DA Collier bullyrete v Trump ct.
Titias



under purportedly violating Chad White's restraining order (in last 2 months TRO case 37-23-4665 turned into M287263 & started to read as a DVRO violation against me; protected party: Chad White), but while it read so in city Attorney/clerk's office, no clerk or service papers or judge signature under the fraudulent case was present. Yesterday 8-31-'23 in Ca. Superior Court a judge who didn't know what restraining order hearing she presided over, asked D.A.' prosecutors; "Which restraining order is it?" Prosecutors answered: "TRO, not a DVRO" & judge stated; "It's a misdemeanor", then D.A.'s involuntarily forced on me Public Defender said: "We plead insanity". I told the judge "This is perjury, he is not my attorney". That person tried to force me 2 months ago to plead guilty to DVRO M287263 or to submit to unauthorised by any judge request of my husband dating to 6 years ago psych. testing that only D.A. Sabrow & her husband wanted me to take now, but they never officially signed any orders. In addition, D.A.'s Public Defender was not a Habeas Corpus counsel — the only Public Defence I asked for since February '23. My husband's wishes were Court's command, again, the above cases are related to the currently pending case 23-2052 in Your Court. Remand to the lower tribunals for consolidation & transfer to MDL Panel Court in Washington DC. is the declaratory relief sought in all related appeals in Your Court. Grounds: 1. Complete denial of the right to counsel in Habeas Corpus Cases. 1(a) Existence of the newly discovered evidence — D.A. Sabrow & Chief Sabrow's conflict of interest uncovered 8.31.'23, ② and the Evidence of Fraud by government offi-

(margin notes:) failure to "counter Judge Sweeney"; "each bear own cost"!! in case 22-1442

LEGAL MAIL
URGENT - confidential

Clerk Molestarrae
US Court of Appeals for
the District of cout
1 17 madison pl, NW,
Washington DC
20439

J Cowee
2370 Blvd
Las caunas lane
451 lakeview
pkwy EMC
Suitee 100,
92071