# United States Court of Appeals for the Federal Circuit

_____

**IRINA COLLIER, and for all similarly situated,**

*Plaintiff-Appellant*

v.

**DONALD J. TRUMP, GOVERNOR OF CA NEWSOME, GOVERNOR OF FL, MORGAN CHASE BANK, COLLIER-GARBERS CHURCH, MENSA INC. INTERNATIONAL, CHURCH OF SCIENTOLOGY, MORMON CHURCH, PRESIDENT OF SANDFORD, CHARLES WADE COLLIER,**

*Defendants-Appellees*

_____

2023-2420

_____

Appeal from the United States District Court for the Southern District of California in No. 3:23-cv-01248-DMS-DDL, Judge Dana M. Sabraw.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered February 21, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



March 29, 2024
Date

Jarrett B. Perlow
Clerk of Court