UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
MAY 24 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
MAY 24 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY



NIXIE  910  FE 1       0005/22/24
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 92101380620      *0204-03859-29-4*

# United States Court of Appeals for the Federal Circuit

---

IRINA COLLIER, and for all similarly situated,
*Plaintiff-Appellant*

v.

DONALD J. TRUMP, GOVERNOR OF CA NEWSOME, GOVERNOR OF FL, MORGAN CHASE BANK, COLLIER-GARBERS CHURCH, MENSA INC. INTERNATIONAL, CHURCH OF SCIENTOLOGY, MORMON CHURCH, PRESIDENT OF SANDFORD, CHARLES WADE COLLIER,
*Defendants-Appellees*

---

2023-2420

---

Appeal from the United States District Court for the Southern District of California in No. 3:23-cv-01248-DMS-DDL, Judge Dana M. Sabraw.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered February 21, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

**Irina Collier**
3840 Ingraham St., #207
San Diego, CA 92109